# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

In Re: Heartland Payment §
Systems, Inc. Customer Data §
Security Breach Litigation §
Civil Action No. 4:09-MD-2046 § Civil Action No. 4:09-MD-2046
§
_____ §
§
This Document Relates to: §
§
The Financial Institution Track Actions §

## ORDER

The Financial Institutions plaintiffs and Heartland Payment Systems, Inc., the defendant, have stipulated to dismissal, with prejudice, of the following actions:

- *First Bankers Trust Company, National Association v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-00825;

- *Community West Credit Union v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-01201;

- *The Eden State Bank v. Heartland Payment Systems*, Case No. 4:09-cv-01203;

- *Heritage Trust Federal Credit Union v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-01284;

- *Pennsylvania State Employees Credit Union v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-01330;

- *Lone Star National Bank, N.A. v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-01987;

- *Lone Summit Bank v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-02021;

- *Tricentury Bank v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-02023;

- *Putnam Bank v. Heartland Payment Systems, Inc.*, Case No. 4:10-cv-00919;

- *Omniamerican Bank v. Heartland Payment Systems, Inc.*, Case No. 4:10-cv-01498;

- *Quad City Bank and Trust Bank v. Heartland Payment Systems, Inc.*, Case No. 4:10-cv-01499;

- *Napus Federal Credit Union v. Heartland Payment Systems, Inc.*, Case No. 4:10-cv-01616;

- *Amalgamated Bank et al. v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-02026;

- *PBC Credit Union et al. v. Heartland Payment Systems, Inc.*, Case No. 4:09-cv-02105.

(Docket Entry No. 279).

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), these actions are dismissed, with prejudice. (Docket Entry No. 279). Each party will bear its own costs and fees. By **March 20, 2015**, the parties must advise the court whether this resolves every outstanding claim and party in this multi-district litigation, both tracks, and, if so, whether it is appropriate or necessary to enter additional orders of final judgment as to any cases not already dismissed.

SIGNED on March 3, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge